UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
AVROHOM DIER, on behalf of himself and all
other similarly situated consumers,

                    Plaintiff,        **STIPULATION OF DISMISSAL**

     -against-                              20-CV-670

ASSOCIATED CREDIT SERVICES, INC.,

                  Defendant(s).
---------------------------------------------x

       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ASSOCIATED CREDIT SERVICES, INC., with prejudice and without costs to any party.

| AVROHOM DIER | ASSOCIATED CREDIT SERVICES, INC. |
|---|---|
| ADAM J. FISHBEIN, ESQ. | |
| /s/ Adam J. Fishbein | ARTHUR SANDERS, ESQ. |
| | BARRON & NEWBURGER, P.C. |
| Attorney for plaintiff | Attorneys for Defendants |
| 735 Central Avenue | 30 South Main Street |
| Woodmere, NY 11598 | New City, NY 10956 |

                                      So Ordered:
                                      Kiyo A. Matsumoto, USDJ
                                      7/27/20